UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODNEY HAMILTON                                            CIVIL ACTION

VERSUS                                                     NO. 07-3600

ATTORNEY GENERAL STATE OF                                  SECTION "R"
LOUISIANA ET AL.

## ORDER AND REASONS

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection to the Magistrate Judge's Report and Recommendation. The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that defendants' motions to dismiss (R. Docs. 6, 12) are GRANTED and that defendant Gegenheimer's alternative motion for summary judgment is denied as moot. (R. Doc. 12.) Plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 23rd day of April, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE