UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


RODNEY HAMILTON                                    CIVIL ACTION

VERSUS                                             NO. 07-3600

ATTORNEY GENERAL STATE OF                          SECTION "R"
LOUISIANA ET AL.


### ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Before the Court are plaintiff Rodney Hamilton's applications to proceed *in forma pauperis* on appeal. (R. Docs. 24, 25.) The Court denies petitioner's application and certifies that this appeal is frivolous and is not in good faith pursuant to Federal Rule of Appellate Procedure 24(a) and 28 U.S.C. § 1915(a)(3).

Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." The Supreme Court has held that "good faith" must be determined under an objective standard, and that "good faith" is demonstrated when a litigant "seeks appellate review of any issue not frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962). A litigant is permitted to proceed on appeal *in forma pauperis* with a claim that "ha[s] arguable merit." *Payne v. Lynaugh*, 843 F.2d 177, 178 (5th Cir. 1988).

On April 24, 2008, the Court dismissed with prejudice Hamilton's complaint. (*See* R. Docs. 18, 19.) The Court adopted the Report and Recommendation of the Magistrate Judge, which found that plaintiff's complaint challenging the constitutionality of Louisiana's Prison Litigation Reform Act ("LPLRA"), La. Rev. Stat. Ann. § 15:1186, failed to state a claim for which relief can be granted.

Hamilton now seeks leave to proceed *in forma pauperis* on appeal. The Court finds no presentation of any nonfrivolous issue, or any issue that has arguable merit. The Court finds no reason that warrants a departure from the prior judgment dismissing Hamilton's complaint. Accordingly, it is ordered that Hamilton's application to proceed *in forma pauperis* on appeal is denied as frivolous.

Although this Court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the applicant may challenge this finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order. The cost to file a motion to proceed on appeal with the Fifth Circuit is calculated below, and if the appellant moves to proceed on appeal *in forma pauperis*, the prison authorities will be directed to collect the fees as

calculated in this order.

The plaintiff, Rodney Hamilton, is assessed an initial partial filing fee of $0.64.  The agency having custody of the prisoner shall collect this amount from the inmate's trust fund account or institutional equivalent when funds are available, and forward it to the clerk of the district court.  Thereafter, the prisoner shall pay the remainder of the $455.00 filing fee in periodic installments.  The appellant is required to make payments of 20 percent of the preceding month's income credited to the appellant's prison account until the appellant has paid the total filing fees of $455.00.  The agency having custody of the prisoner shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. § 1915(b)(2), and forward it to the clerk of the district court.  If the appellant moves to proceed on appeal *in forma pauperis* before the Fifth Circuit Court of Appeals, the court will order withdrawal of fees as calculated above.

Accordingly, IT IS ORDERED that Hamilton's application to proceed *in forma pauperis* on appeal (R. Doc. 24), is denied as frivolous.  IT IS FURTHER ORDERED that Hamilton's second application to proceed *in forma pauperis* on appeal (R. Doc. 25), is denied as moot; the Court has already determined plaintiff's pauper status.

New Orleans, Louisiana, this  7th  day of July, 2008.

          _____
                    SARAH S. VANCE
            UNITED STATES DISTRICT JUDGE